UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **INTERNATIONAL FREIGHT TRANSPORT, INC.**<br>88 South Avenue<br>Fanwood, NJ 07023 | : : : : : | |
| **Plaintiff** | : : | |
| v. | : : | Case No.: _____ |
| **CHESAPEAKE BAY SHIPPING & WHSE., INC.**<br>3914 Vero Road<br>Baltimore, MD 21227 | : : : : : | |
| **Defendant** | : | |

## **COMPLAINT**

Plaintiff, INTERNATIONAL FREIGHT TRANSPORT, INC., by its attorneys, GILL SIPPEL & GALLAGHER, as and for its Complaint against Defendant CHESAPEAKE BAY SHIPPING & WHSE, INC., <u>in personam</u>, in a cause of action civil and maritime, alleges upon information and belief:

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of 1999, 46 U.S.C. App. Section 1701, <u>et</u> <u>seq</u>., and Clause 24 of Plaintiff's Bills of Lading.

2. At all times hereinafter mentioned, Plaintiff, INTERNATIONAL FREIGHT TRANSPORT, INC., was and still is a corporation duly organized and existing under the laws of the State of New Jersey with offices and a place of business at 88 South Avenue, Fanwood, NJ 07023, and is a Non-Vessel Owning Common Carrier.

3. Upon information and belief and at all times hereinafter mentioned, Defendant had and now has the status and place of business as set forth in Schedule A.

4. On or about the dates and at the ports of shipment stated in Schedule A, certain goods were delivered to Plaintiff to be carried to the ports of destination and at the agreed charges to be paid by Defendant pursuant to Plaintiff's tariff.

5. Thereafter, the said goods were transported to the ports of destination and delivered to the consignee and/or its agents.

6. Plaintiff has duly performed all acts required to be performed by Plaintiff.

7. Defendant has failed and refused and continues to fail and refuse to remit the balance due of $8,524.00, although duly demanded.

8. By reason of the foregoing, Plaintiff has sustained damages in the amount of $8,524.00 which, although duly demanded, have not been paid.

WHEREFORE, Plaintiff prays:

1. For judgment in the amount of Plaintiff's damages, together with interest thereon from the respective dates, due, costs, disbursements, and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3.  That Plaintiff have such other and further relief in the premises as in law and justice it maybe be entitled to receive.

Dated: Rockville, Maryland
       February 2, 2007

                              Gill Sippel & Gallagher

                              */s/ William D. Day*
                              William D. Day, 16710
                              Attorney for Plaintiff
                              INTERNATIONAL FREIGHT
                              TRASNPORT, INC.
                              98 Church Street
                              Rockville, Maryland 20850
                              (301) 251-9200
                              (301) 762-6176 Fax


OF COUNSEL:
LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES